UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LYNNEA SAITO and KOICHI
SAITO,

    Plaintiffs,

v.                                    Case No.:  2:22-cv-740-JLB-KCD

COLLIER COUNTY MUNICIPAL
CORPORATION, COLLIER
COUNTY SHERIFF'S OFFICE,
CHARLES NUNLEY, BYRON
TOMLINSON, ALEXIS GRACE
MOFFETT, BLAKE ADAMS, ROB
CROWN, CRYSTAL KINZEL,
THOMAS SEPANSKI and
EDWARD KELLY,

    Defendants.
_____/

## ORDER

Before the Court are four motions to compel filed by Plaintiffs. (Docs. 71, 72, 73, 74.) There is both a procedural and a substantive problem with the motions. Procedurally, they do not comply with Local Rule 3.01(g). Substantively, the motions seek to compel defense counsel to produce documents showing that they have the legal authority to act on behalf of Defendants. Yet the Court denied Plaintiffs' motions to show authority (Docs. 64, 69.) Thus, an order compelling production of documents in this regard is unnecessary and the motions are **DENIED**.

**ENTERED** in Fort Myers, Florida this February 14, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record