UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LYNNEA SAITO and KOICHI SAITO,

    Plaintiffs,

v.                                            Case No.:   2:22-cv-740-JLB-KCD

COLLIER COUNTY MUNICIPAL
CORPORATION, COLLIER COUNTY
SHERIFF'S OFFICE, CHARLES
NUNLEY, BYRON TOMLINSON,
ALEXIS GRACE MOFFETT, BLAKE
ADAMS, ROB CROWN, CRYSTAL
KINZEL, THOMAS SEPANSKI. and
EDWARD KELLY,

    Defendants.
_____/

## ORDER

Defendant Thomas Sepanski, proceeding pro se, moves to set aside the Clerk's Entry of Default entered against him. (Doc. 85.) Because the motion has no certificate of service indicating that it was mailed to the pro se Plaintiffs, the Court **directs** the Clerk to mail a copy of the motion (Doc. 85) to Plaintiffs, along with a copy of this Order. Plaintiffs may respond by March 23, 2023.

**ORDERED** in Fort Myers, Florida on March 14, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record