UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LYNNEA SAITO
and KOICHI SAITO,

      Plaintiffs,

v.                                     Case No:  2:22-cv-740-JLB-KCD

COLLIER COUNTY
MUNICIPAL CORPORATION,
COLLIER COUNTY SHERIFF'S
OFFICE, CHARLES NUNLEY,
BYRON TOMLINSON, ALEXIS
GRACE MOFFETT, BLAKE
ADAMS, ROB CROWN,
CRYSTAL KINZEL, THOMAS
SEPANSKI, and EDWARD
KELLY,

      Defendants.
_____/

## **ORDER**

      The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiffs' Verified Petition for Temporary Injunction (Doc. 19) be denied.  (Doc. 23).  No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must

"make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

After an independent review of the record, and reiterating that no objection has been filed, the Court finds that the Magistrate Judge's thorough and well-reasoned Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiffs' Verified Petition for Temporary Injunction (Doc. 19) is **DENIED**.

**ORDERED** in Fort Myers, Florida on March 15, 2023.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE